IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 12-cr-00379-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    SARAH VANESSA LUCERO and
2.    JEREMY VIGIL a/k/a/ JEROMY VIGIL,

    Defendants.

---

## ORDER

---

THIS MATTER coming before the Court upon motion of the government to dismiss all counts other than counts 3 and 41, and the Court having considered the same,

IT IS HEREBY ORDERED the all counts other than 3 and 41 of the Indictment are dismissed this __14th__ day of February, 2013.

                                                  BY THE COURT:


                                                s/Lewis T. Babcock
                                                Judge Lewis T. Babcock
                                                United States District Court